IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**COYOTE LOGISTICS, LLC**     **PLAINTIFF**

**v.**     **CAUSE NO. 1:16-cv-00094-LG-RHW**

**SOUTHTON RAIL YARD, LLC**     **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant. Plaintiff's claims against the Defendant are **DISMISSED without prejudice**.

**SO ORDERED AND ADJUDGED** this the 21st day of April, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE